**Order filed July 26, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00135-CR
NO. 14-12-00136-CR
NO. 14-12-00137-CR
_____

**DON GRIJALVA-LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1146588, 1223212, and 1224946**

## O R D E R

Appellant's appointed counsel filed a brief under the authority of *Anders v. California*, 386 U.S. 738(1967), in which he concludes these appeals are wholly frivolous and without merit. To comply with the requirements set forth in *Anders*, counsel must file a Motion to Withdraw. Accordingly, we enter the following order.

1

We order **Don R. Cantrell** to file a motion to withdraw on or before **August 6, 2012.**

PER CURIAM